IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL RIZZO and LOUISE RIZZO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 02C 1992 |
| v. ) | JUDGE NORGLE |
| ) | MAGISTRATE JUDGE BOBRICK |
| PIERCE & ASSOCIATES, P.C., ) | |
| ) | |
| Defendant. ) | JURY DEMANDED |

**DOCKETED MAR 1 9 2002**

## COMPLAINT -- CLASS ACTION

### INTRODUCTION

1. Plaintiffs, Michael Rizzo and Louise Rizzo, bring this action to secure redress from unlawful collection practices engaged in by Pierce & Associates, P.C. Plaintiffs allege violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 15 U.S.C. §1692k (FDCPA) and 28 U.S.C. §§1331 and 1337.

3. Venue in this District is proper because Pierce & Associates, P.C. does business here.

### PARTIES

4. Plaintiffs are husband and wife and reside in a home which they own at 6085 Puffer Road, Downers Grove, Illinois 60516.

5. Plaintiffs are consumers as defined in the FDCPA, in that the debt at issue in this case is a residential second mortgage loan obtained for personal, family or household purposes.

6. Defendant Pierce & Associates, P.C. is an Illinois professional corporation with offices at 18 South Michigan Avenue, Suite 1200, Chicago, IL 60603.

7. Pierce & Associates, P.C. regularly attempts to collect residential mortgage debts.

8. Pierce & Associates, P.C. is a debt collector as defined in the FDCPA.

## FACTS

9. On September 18, 1997 plaintiffs obtained a second mortgage loan secured by their home.

10. As shown by Exhibit A, attached, the loan was written on forms issued by the Federal National Mortgage Association and Federal Home Loan Mortgage Association. Most "conventional" mortgages written in the United States, and most "conventional" mortgages enforced by defendant, are written on these forms.

11. Within one year prior to the filing of this action, Pierce & Associates, P.C. attempted to collect an alleged delinquent balance on plaintiffs' mortgage and note on behalf of Manufacturers & Traders Trust Company, owner of the loan, and Fairbanks Capital Corporation, the servicing agent.

12. On November 3, 2000, Pierce & Associates, P.C. filed a mortgage foreclosure action on plaintiffs' mortgage in DuPage County, Illinois. A copy of the complaint is attached as Exhibit B. The loan was accelerated no later than November 3, 2000.

13. On May 30, 2001, a judgment was entered in the foreclosure case directing the sale of the property.

14. In February 2002 the mortgage was reinstated and the case dismissed.

### POST-ACCELERATION LATE CHARGES

15. In July, 2001 the amount sought to be collected in the foreclosure also included post-acceleration late charges were after acceleration.

16. No standard form mortgage and note in use in the United States permits the collection of post-acceleration late charges. They only authorize a late charge on a "monthly payment" that is overdue. Once the loan is accelerated there are no monthly payments due unless and until the loan is reinstated.

17. Pierce & Associates, P.C. regularly represents Fairbanks Capital Corporation and regularly attempts to collect post-acceleration late charges.

18. Pierce & Associates, P.C. knew that post-acceleration late charges are unauthorized, as shown by Exhibits C-D, which are excerpts from information on a Web site maintained by Pierce & Associates, P.C.

19. Many or all of the notes and mortgages collected by Pierce & Associates, P.C. contain late charge provisions substantially identical to those in plaintiffs' note and mortgage.

### COUNT I -- FDCPA

20. Plaintiffs incorporate ¶¶ 1- 19.

21. Defendant violated 15 U.S.C. §§1692e, 1692f and 1692f(1) by collecting and attempting to collect late charges after acceleration.

### CLASS ALLEGATIONS

22. This claim is brought on behalf of a class, consisting of all individuals who satisfy the following criteria:

      a.    Pierce & Associates, P.C. attempted to collect (through correspondence, legal proceedings or otherwise) a residential mortgage debt;

      b.    The sum attempted to be collected included post-acceleration late charges;

      c.    The note and mortgage permit the imposition of late charges on overdue monthly payments; and

      d.    Any portion of the collection attempt occurred on or after a date one year prior to the filing of this action.

23.    The class is so numerous that joinder of all members is impracticable.

There are questions of law and fact common to the members of the class, which questions predominate over any questions affecting only individual class members. The predominant question is whether Pierce & Associates, P.C. violated the FDCPA by attempting to collect post-acceleration late charges, not authorized by contract or law.

24.    Plaintiff's claims are typical of the claims of the class members. All are based on the same factual and legal theories.

25.    Plaintiff Michael Rizzo is the class representative. He will fairly and adequately represent the members of the class. Plaintiff has retained counsel experienced in the prosecution of class actions and FDCPA claims.

26.    A class action is superior for the fair and efficient adjudication of this matter, in that:

      a.    Pierce & Associates, P.C. has inflicted similar injuries to a large number of persons through a single course of conduct;

      b.      Individual actions are not economical;

      c.      Congress expressly contemplated FDCPA class actions as a means of enforcing the statute.

WHEREFORE, plaintiffs request that the Court enter judgment in favor of plaintiffs and the class and against Pierce & Associates, P.C. for:

(1)    Statutory damages;

(2)    Actual damages;

(3)    Attorney's fees, litigation expenses and costs of suit;

(4)    Such other or further relief as the Court deems proper.

                                                                     Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Adela C. Lucchesi
EDELMAN, COMBS & LATTURNER, LLC
120 South LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiffs demand trial by jury.

                                                                     Daniel A. Edelman

# SEE CASE FILE FOR EXHIBITS



Cat #1

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**                                    **DEFENDANTS**

DOCKETED
MAR 19 2002

MICHAEL RIZZO and LOUISE RIZZO          PIERCE & ASSOCIATES, P.C.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  COOK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
EDELMAN, COMBS & LATTURNER, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200 - phone  (312) 419-0379

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE NORGLE
02C 1992
MAGISTRATE JUDGE BOBRICK

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury – Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
|  |  |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS |
| ☐ 240 Torts to Land |  | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other |  | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 |  |
|  |  | ☐ 555 Prison Condition |  |  |  |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. § 1692k

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION
☒ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE                    SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ILLINOIS

In the Matter of MICHAEL RIZZO and LOUISE RIZZO v PIERCE & ASSOCIATES, P.C.

**DOCKETED**
MAR 1 9 2002

Case Number: **02C 1992**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR: *Plaintiffs*

JUDGE NORGLE
MAGISTRATE JUDGE BOBRICK

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Daniel A. Edelman | NAME: Cathleen M. Combs |
| FIRM: Edelman, Combs & Latturner, LLC | FIRM: Edelman, Combs & Latturner, LLC |
| STREET ADDRESS: 120 S. LaSalle Street, 18th Floor | STREET ADDRESS: 120 S. LaSalle Street, 18th Floor |
| CITY/STATE/ZIP: Chicago, Illinois 60603 | CITY/STATE/ZIP: Chicago, Illinois 60603 |
| TELEPHONE NUMBER: (312) 739-4200 | TELEPHONE NUMBER: (312) 739-4200 |
| IDENTIFICATION NUMBER: 00712094 | IDENTIFICATION NUMBER: 00472840 |
| MEMBER OF TRIAL BAR? YES X NO ☐ | MEMBER OF TRIAL BAR? YES X NO ☐ |
| TRIAL ATTORNEY? YES X NO ☐ | TRIAL ATTORNEY? YES X NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO X |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: James O. Latturner | NAME: Adela C. Lucchesi |
| FIRM: Edelman, Combs & Latturner, LLC | FIRM: Edelman, Combs & Latturner, LLC |
| STREET ADDRESS: 120 S. LaSalle Street, 18th Floor | STREET ADDRESS: 120 S. LaSalle Street, 18th Floor |
| CITY/STATE/ZIP: Chicago, Illinois 60603 | CITY/STATE/ZIP: Chicago, Illinois 60603 |
| TELEPHONE NUMBER: (312) 739-4200 | TELEPHONE NUMBER: (312) 739-4200 |
| IDENTIFICATION NUMBER: 01588095 | IDENTIFICATION NUMBER: 06271305 |
| MEMBER OF TRIAL BAR? YES X NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO X |
| TRIAL ATTORNEY? YES X NO ☐ | TRIAL ATTORNEY? YES ☐ NO X |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO X | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO X |